UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LUMBER LIQUIDATORS<br>CHINESE–MANUFACTURED FLOORING<br>PRODUCTS MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY LITIGATION | MDL No. 2627 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 12, 2015, the Panel transferred 10 civil action(s) to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d___ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Eastern District of Virginia. With the consent of that court, all such actions have been assigned to the Honorable Anthony J Trenga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Trenga.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of June 12, 2015, and, with the consent of that court, assigned to the Honorable Anthony J Trenga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

| | | | |
|---|---|---|---|
| IN RE: LUMBER LIQUIDATORS<br>CHINESE–MANUFACTURED FLOORING<br>PRODUCTS MARKETING, SALES PRACTICES<br>AND PRODUCTS LIABILITY LITIGATION | | | MDL No. 2627 |

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15–00414 | Heilman et al v. Lumber Liquidators Inc et al |
| ALN | 2 | 15–00970 | Jeffcoat v. Lumber Liquidators Inc et al |
| ARIZONA | | | |
| AZ | 2 | 15–00596 | Goray et al v. Lumber Liquidators Incorporated et al |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 15–00185 | Roach v. Lumber Liquidators Inc |
| ARE | 4 | 15–00292 | Roberts v. Lumber Liquidators Inc et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 15–01752 | John Flanagan v. Lumber Liquidators, Inc. et al |
| CAC | 2 | 15–01783 | Derek Griffiths et al v. Lumber Liquidators, Inc. |
| CAC | 2 | 15–01978 | Lisa Deutsch et al v. Lumber Liquidators Holdings, Inc. et al |
| CAC | 2 | 15–02260 | Kandria Williams v. Lumber Liquidators Holdings, Inc. et al |
| CAC | 2 | 15–02483 | Mario Raygoza et al v. Lumber Liquidators, Inc. et al |
| CAC | 2 | 15–02507 | Leticia Ruiz v. Lumber Liquidators Holdings Inc et al |
| CAC | 2 | 15–02817 | Craig Lyznick et al v. Lumber Liquidators, Inc. et al |
| CAC | 5 | 15–00921 | Daniel Flores et al v. Lumber Liquidators Holdings, Inc. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 15–00512 | Latta v. Lumber Liquidators, Inc. et al |
| CAE | 2 | 15–00515 | Coats et al v. Lumber Liquidators, Inc., et al |
| CALIFORNIA NORTHERN | | | |

| | | | |
|---|---|---|---|
| CAN | 3 | 15–01163 | Maria Carmen Smith v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01209 | Ronquillo et al v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01225 | Doss et al v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01235 | Irving et al v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01249 | Del Braccio v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01315 | Prasad v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01321 | Pesce v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01359 | Berg et al v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01363 | Bruce Guest v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01428 | Silverthorn v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01460 | Picard et al v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01475 | Washington et al v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01490 | Jeffries v. Lumber Liquidators Holdings, Inc. et al |
| CAN | 3 | 15–01558 | Hall v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–01822 | Schaber v. Lumber Liquidators Holdings, Inc. et al |
| CAN | 3 | 15–01887 | Chavez et al v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–01923 | Russell Edward Bell et al v. Lumber Liquidators, Inc. et al |
| CAN | 3 | 15–02082 | Musgrave v. Lumber Liquidators, Inc. |
| CAN | 3 | 15–02251 | Adam Gentry v. Lumber Liquidators, Inc. et al |
| CAN | 4 | 15–02344 | Kamm v. Lumber Liquidators, Inc. et al |
| CAN | 5 | 15–02310 | Grossman v. Lumber Liquidators, Inc. |

CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS | 3 | 15–00596 | Levy v. Lumber Liquidators, Inc. et al |

FLORIDA MIDDLE

| | | | |
|---|---|---|---|
| FLM | 8 | 15–00675 | Morris et al v. Lumber Liquidators, Inc. et al |
| FLM | 8 | 15–01235 | Guinane et al v. Lumber Liquidators Holdings, Inc. et al |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 0 | 15–60592 | Schneider et al v. LUMBER LIQUIDATORS, INC. et al |
| FLS | 0 | 15–60891 | Crawford v. Lumber Liquidators, Inc. et al |
| FLS | 1 | 15–21015 | Marino v. Lumber Liquidators, Inc. et al |
| FLS | 1 | 15–21032 | Steinlauf et al v. LUMBER LIQUIDATORS, INC. et al |
| FLS | 1 | 15–21432 | Williams v. Lumber Liquidators, Inc. et al |
| FLS | 2 | 15–14081 | ASHLEY et al v. LUMBER LIQUIDATORS, INC. et al |
| FLS | 2 | 15–14142 | Williams v. Lumber Liquidators Holdings, Inc. et al |

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 15–00685 | Lipski et al v. Lumber Liquidators, Inc. |
| GAN | 1 | 15–00748 | Clark et al v. Lumber Liquidators, Inc. et al |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 15–02145 | Sowizrol v. Lumber Liquidators, Inc. et al |

| | | | |
|---|---|---|---|
| ILN | 1 | 15–02583 | Fitzgerald et al v. Lumber Liquidators, Inc. et al |
| ILN | 1 | 15–02605 | Garcia et al vs. Lumber Liquidators, Inc. |

### ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ILS | 3 | 15–00266 | Fitterer v. Lumber Liquidators, Inc. et al |

### INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 15–00395 | JOHNSON et al v. LUMBER LIQUIDATORS INC. |

### KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 15–07986 | Fox v. Lumber Liquidators, Inc. et al |

### KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 15–00228 | Cross v. Lumber Liquidators, Inc. et al |
| KYW | 3 | 15–00233 | Fultineer v. Lumber Liquidators, Inc. et al |
| KYW | 3 | 15–00306 | Northern et al v. Lumber Liquidators, Inc. et al |

### LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 15–00780 | Pinelli v. Lumber Liquidators, Inc. |
| LAE | 2 | 15–00788 | Beerbohm et al v. Lumber Liquidators, Inc. et al |
| LAE | 2 | 15–00811 | Giorlando v. Lumber Liquidators, Inc., et al |
| LAE | 2 | 15–00934 | Matthews v. Lumber Liquidators, Inc. et al |
| LAE | 2 | 15–01088 | Loehn et al v. Lumber Liquidators et al |
| LAE | 2 | 15–01191 | Wolverton et al v. Lumber Liquidators, Inc. |
| LAE | 2 | 15–01207 | Loup et al v. Lumber Liquidators, Inc. et al |
| LAE | 2 | 15–01692 | Roth et al v. Lumber Liquidators, Inc. |

### LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 15–00169 | Messer et al v. Lumber Liquidators Inc. et al |

### MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 15–00959 | Copenheaver et al v. Lumber Liquidators, Inc. |

### MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 15–10724 | Bray et al v. Lumber Liquidators, Inc. |
| MA | 1 | 15–11879 | Hyldburg et al v. Lumber Liquidators, Inc. |

### MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 15–11312 | Strudgeon v. Lumber Liquidators, Inc. et al |

### MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 15–02406 | Peterman v. Lumber Liquidators, Inc. et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–02553 | Dunn v. Lumber Liquidators Inc. et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 15–00235 | Bryant et al v. Lumber Liquidators, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 6 | 15–03155 | Ameye v. Lumber Liquidators Inc |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 15–00459 | Cox et al v. Lumber Liquidators, Inc. |
| NV | 2 | 15–00475 | Groton et al v. Lumber Liquidators, Inc. et al |
| NV | 2 | 15–00479 | Bennett et al v. Lumber Liquidators, Inc. et al |
| NV | 2 | 15–00954 | Brown III v. Lumber Liquidators Holdings, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 15–03305 | BYCHKOWSKI et al v. LUMBER LIQUIDATORS, INC et al |
| NJ | 2 | 15–02008 | PETHO v. LUMBER LIQUIDATORS, INC. et al |
| NJ | 3 | 15–01678 | UNIVERSITA v. LUMBER LIQUIDATORS, INC. et al |
| NJ | 3 | 15–01773 | JEGOU et al v. LUMBER LIQUIDATORS, INC. et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 15–02156 | Robson et al v. Lumber Liquidators, Inc. et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 3 | 15–00290 | Emilio v. Lumber Liquidators, Inc. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 15–02262 | Said et al v. Lumber Liquidators, Inc. |
| NYS | 1 | 15–02318 | Phelan v. Lumber Liquidators, Inc. et al |
| NYS | 7 | 15–01754 | Moreland v. Lumber Liquidators, Inc. |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 5 | 15–00042 | Duckworth et al v. Lumber Liquidators, Inc. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 15–00178 | Spivak v. Lumber Liquidators, Inc. |
| OHS | 1 | 15–00203 | Neuhaus et al v. Lumber Liquidators, Inc. |
| OHS | 2 | 15–02045 | Abshier et al v. Lumber Liquidators, Inc. |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 15–01222 | BURNS v. LUMBER LIQUIDATORS, INC. et al |
| PAE | 2 | 15–01316 | JARDINE et al v. LUMBER LIQUIDATORS, INC. et al |
| PAE | 2 | 15–01421 | CARL v. LUMBER LIQUIDATORS INC. |
| PAE | 2 | 15–01516 | KELLY et al v. LUMBER LIQUIDATORS, INC. et al |

PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 3 | 15–00474 | Karlick et al v. Lumber Liquidators Inc. |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 15–01175 | White et al v. Lumber Liquidators Inc |
| SC | 2 | 15–01176 | Sahn et al v. Lumber Liquidators Inc et al |
| SC | 2 | 15–01971 | Bolling–Owen v. Lumber Liquidators Inc et al |
| SC | 3 | 15–01259 | Watson et al v. Lumber Liquidators Inc et al |
| SC | 4 | 15–01111 | Green et al v. Lumber Liquidators Inc et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 3 | 15–00106 | Vickery v. Lumber Liquidators, Inc. et al (TV1) |
| TNE | 3 | 15–00112 | Myers et al v. Lumber Liquidators, Inc. (TV2) |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 15–00106 | Parsley et al v. Lumber Liquidators, Inc. |
| TXE | 4 | 15–00166 | Parnella et al v. Lumber Liquidators, Inc. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 15–01110 | McGreevy v. Lumber Liquidators, Inc. et al |
| TXS | 5 | 15–00072 | Sanchez Jr. vs Lumber Liquidators, Inc. et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 15–00376 | Kleinsasser v. Lumber Liquidators Inc et al |
| WAW | 2 | 15–00430 | Bailey et al v. Lumber Liquidators, Inc. et al |

WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| WVN | 5 | 15–00061 | Baldwin v. Lumber Liquidators, Inc. et al |